UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

*Eastern District of Kentucky FILED AUG 22 2024 AT LONDON Robert R. Carr CLERK U.S. DISTRICT COURT*

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-CR-55-CHB

CLARENCE LEE HENSON

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

Beginning on or about a day in June 2023, the exact date unknown, and continuing through on or about April 5, 2024, in Clay County, in the Eastern District of Kentucky, and elsewhere,

**CLARENCE LEE HENSON**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about April 5, 2024, in Clay County, in the Eastern District of Kentucky,

## CLARENCE LEE HENSON

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1 and 2:**

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Restitution, if applicable.